No. A–565 (72–774). COOPER *v.* FLORIDA BOARD OF DENTISTRY. Sup. Ct. Fla. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–598 (72–5800). DAWSON *v.* UNITED STATES. C. A. 8th Cir. Application for stay of execution and enforcement of mandate presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–612. ENVIRONMENTAL DEFENSE FUND, INC., ET AL. *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL. C. A. 8th Cir. Application for injunction presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the injunction.

No. A–633. ENVIRONMENTAL DEFENSE FUND, INC., ET AL. *v.* CORPS OF ENGINEERS OF THE UNITED STATES ARMY ET AL. C. A. 8th Cir. Application for injunction presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the injunction.